## HOWARD BOWEN v. HARRY CALVIN AYERS.

(Filed 17 September, 1958.)

APPEAL by defendant from *Moore, J.,* and a jury, at January Term, 1958, of MARTIN.

Civil action by plaintiff for alleged alienation of his wife's affections, tried upon the following issues, answered as indicated:

"1. Did the defendant, Harry Calvin Ayers, maliciously alienate the affections of the plaintiff's wife, as alleged in the complaint? Answer:    YES.

"2. If so, was the wrongful act or acts of the defendant accompanied by fraud, actual malice, recklessness, oppression, or other wilful and wanton aggravation? Answer: YES.

"3. What actual damages, if any, is the plaintiff entitled to recover of the defendant? Answer: $1,000.00.

"4. What punitive damages, if any, is the plaintiff entitled to recover of the defendant? Answer: $500.00."

From judgment entered upon the verdict, the defendant appeals.

*Pritchett & Cooke and Critcher & Gurganus for defendant, appellant.*

*Griffin & Martin and Peel & Peel for plaintiff, appellee.*

PER CURIAM. The defendant's assignments of error have been examined with care. They involve only the application of established principles of law which need no further elaboration or discussion. Neither reversible nor prejudicial error has been made to appear. The trial and judgment will be upheld.

No Error.